UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-109-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | ORDER |
| | ) | |
| **KAREN ANN TURNER,** | ) | |
| | ) | |
| Defendant**.** | ) | |

**THIS MATTER** is before the Court on its own motion following receipt of Defendant's Supplement to Motion for Modification, filed on August 15, 2019. (Doc. No. 40).

**ORDER**

**IT IS HEREBY ORDERED** that within ten days the Government shall file a response to the additional arguments made in Defendant's Supplement to Motion for Modification.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge